

*COMPOSITE EXHIBIT "B"*

| | |
|---|---|
| **From:** | Alex Ershock |
| **Sent:** | Tuesday, December 12, 2023 9:31 AM |
| **To:** | Leslie Martinez |
| **Cc:** | Alicia Kendrick; tanesha@legalopinionusa.com; twallsblyelaw@gmail.com; Robin I. Frank |
| **Subject:** | RE: Jany Mayo v American Health Reform Solutions - Authorizations |

Respectfully, she has had a month to give us a position on the authorizations or to simply return them executed. The first email in this chain is from November 16. Importantly, one of those days during this month was mediation, where she had her client's ear/presence.

**Alex B.C. Ershock, Esquire**
Attorney
3837 NW Boca Raton Boulevard, Suite 200 | Boca Raton, FL  33431
Main: 561.544.8900 | Facsimile: 561.544.8999
**For the latest legal news and topics, sign up for the PBL Blog**
ABE@pbl-law.com   www.PBL-Law.com



This email is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law.  If the reader of this email is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the listed email address.  Thank You.

---

**From:** Leslie Martinez <leslie@legalopinionusa.com>
**Sent:** Tuesday, December 12, 2023 9:27 AM
**To:** Alex Ershock <ABE@pbl-law.com>
**Cc:** Alicia Kendrick <ak@pbl-law.com>; tanesha@legalopinionusa.com; twallsblyelaw@gmail.com; Robin I. Frank <RIF@pbl-law.com>
**Subject:** Re: Jany Mayo v American Health Reform Solutions - Authorizations

Dear Counsel,

Attorney Blye is in an all-day deposition today, please allow her till tomorrow to respond to your email.

Thank you.



Leslie Martinez
Legal Assistant of Tanesha W. Blye, Esq.

The Saenz Law Firm, P.A.
20900 NE 30th Avenue Suite 800
Aventura, FL 33180
305-482-1475 - office
305-209-5779- direct line

www.legalopinionusa.com
www.cash4mycase.com



On Tue, Dec 12, 2023 at 9:04 AM Alex Ershock <ABE@pbl-law.com> wrote:

Tanesha,

A reminder that we spoke last Friday, December 8, 2023, and I agreed to give you until noon today to provide your position on the authorizations. Failing that, I am filing a motion to compel.

**Alex B.C. Ershock, Esquire**

Attorney

3837 NW Boca Raton Boulevard, Suite 200 | Boca Raton, FL  33431

Main: 561.544.8900 | Facsimile: 561.544.8999

**For the latest legal news and topics, sign up for the PBL Blog**

ABE@pbl-law.com   www.PBL-Law.com



This email is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law.  If the reader of this email is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the listed email address.  Thank You.

**From:** Alicia Kendrick <ak@pbl-law.com>
**Sent:** Thursday, November 30, 2023 11:57 AM
**To:** tanesha@legalopinionusa.com; twallsblyelaw@gmail.com; Leslie Martinez <leslie@legalopinionusa.com>
**Cc:** Robin I. Frank <RIF@pbl-law.com>; Alex Ershock <ABE@pbl-law.com>
**Subject:** Jany Mayo v American Health Reform Solutions - Authorizations

**Good morning.  Please advise on the status of providing the signed authorizations.  If we don't hear from you by the close of business tomorrow, then we will be forced to file a motion to compel.**

**Thank you.**

*Alicia Kendrick*

*Florida Registered Paralegal*

Paralegal to Daniel R. Levine, Robin I. Frank and Alex B.C. Ershock

3837 NW Boca Raton Blvd., Suite 200, Boca Raton, FL  33431

Main: 561.544-8900 | Facsimile: 561.544.8999

AK@PBL-Law.com   www.PBL-Law.com



This email is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this email is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the listed email address. Thank you.

**From:** Alicia Kendrick
**Sent:** Thursday, November 16, 2023 2:07 PM
**To:** tanesha@legalopinionusa.com; twallsblyelaw@gmail.com; Leslie Martinez <leslie@legalopinionusa.com>
**Cc:** Robin I. Frank <RIF@pbl-law.com>; Alex Ershock <ABE@pbl-law.com>
**Subject:** Jany Mayo v American Health Reform Solutions - Authorizations

3

**Good afternoon.**

**Our Request for Production Nos. 20-23 requested medical records and related information and No. 38 requested information which would be associated with any unemployment claim.  All of the responsive documents were not produced as many of those would be within records of the medical providers or DEO.  Those are obviously within your client's control.**

**To that end, we intend on issuing subpoenas for those records and are requesting that your client sign the attached HIPPA and DEO release forms.**

**Please advise whether your client will comply so we know if we need to file a motion with the Court.**

**Thank you.**

*Alicia Kendrick*

*Florida Registered Paralegal*

Paralegal to Daniel R. Levine, Robin I. Frank and Alex B.C. Ershock

3837 NW Boca Raton Blvd., Suite 200, Boca Raton, FL  33431

Main: 561.544-8900 | Facsimile: 561.544.8999

AK@PBL-Law.com  www.PBL-Law.com



This email is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this email is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the listed email address. Thank you.