UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:23-cv-60484-AHS

JANY MAYO,

    Plaintiff,

vs.

AMERICAN HEALTH REFORM SOLUTIONS, LLC
d/b/a AMERICAN HEALTH MARKETPLACE,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL
PLAINTIFF TO EXECUTE MEDICAL RECORDS AUTHORIZATION**

    **THIS CAUSE** is before the Court on Defendant's, AMERICAN HEALTH REFORM SOLUTIONS, LLC d/b/a AMERICAN HEALTH MARKETPLACE, Motion to Compel Plaintiff to Execute Medical Records Authorization, and being otherwise fully advised in the premises, it is hereby

    **ORDERED AND ADJUDGED** that Defendant's motion is **GRANTED**. _____
_____.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___ day of December, 2023.

                                               _____
                                               RAAG SINGHAL
                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record