UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No.: 23-cv-60484-AHS

JANY MAYO, and other similarly situated individuals,

        Plaintiff(s),

v.

AMERICAN HEALTH REFORM SOLUTIONS, LLC d/b/a AMERICAN HEALTH MARKET PLACE,

        Defendant(s).

## **MEDIATOR'S REPORT**

The parties held a mediation conference on November 29, 2023, at 10:00 a.m., with mediator Carlos Burruezo, Esq., and the results of that conference are indicated below:

**Attendance:** Plaintiff and her attorney appeared. The Defendants and their attorneys appeared. The mediation proceeded via Zoom.

**Outcome:** No agreement was reached; IMPASSE.

Dated this 4th day of January 2024

        Respectfully submitted,

        **s/ Tanesha W. Blye**
        Tanesha W. Blye, Esq. (FBN: 738158)
        Email: tanesha@legalopinionusa.com
        Secondary Email: attorneyblye@lawyerofjustice.com
        LAW OFFICES OF T. WALLS BLYE, PLLC
        66 West Flagler Street, Ste. 900
        Miami, Florida 33130
        Main Phone: (305) 482-1475
        Assistant Phone: (305) 209-5779
        Secondary Phone: (786) 796-1814

R. Martin Saenz, Esq. (FBN: 0640166)
Email: martin@legalopinionusa.com
THE SAENZ LAW FIRM, PA
20900 NE 30th Avenue, Ste. 800
Aventura, Florida 33180
Main Phone: (305) 482-1475
Assistant direct line: (305) 209-5779

*Counsels for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2024, I served the foregoing document on all counsel of record or *pro se* parties identified on the attached Service List.

By: /s/ **Tanesha W. Blye**

### SERVICE LIST

Tanesha W. Blye, Esq. (FBN: 738158)
Email: tanesha@legalopinionusa.com
Secondary Email: attorneyblye@lawyerofjustice.com
LAW OFFICES OF T. WALLS BLYE, PLLC
66 West Flagler Street, Ste. 900
Miami, Florida 33130
Main Phone: (305) 482-1475
Assistant Phone: (305) 209-5779
Secondary Phone: (786) 796-1814

R. Martin Saenz, Esq. (FBN: 0640166)
Email: martin@legalopinionusa.com
THE SAENZ LAW FIRM, PA
20900 NE 30th Avenue, Ste. 800
Aventura, Florida 33180
Main Phone: (305) 482-1475
Assistant direct line: (305) 209-5779

*Counsels for Plaintiff*

Alex B.C. Ershock, Esq. (FBN: 100220)
E-Mail: ABE@PBL-Law.com
Robin I. Frank, Esq. (FBN: 649619)
E-Mail: RIF@PBL-Law.com
PADULA BENNARDO LEVINE, LLP
3837 NW Boca Raton Blvd., Suite 200
Boca Raton, FL 33431
Telephone: 561-544-8900
*Counsel for Defendant*