UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:23-cv-60484-AHS

JANY MAYO,

    Plaintiff,

vs.

AMERICAN HEALTH REFORM SOLUTIONS, LLC
d/b/a AMERICAN HEALTH MARKET PLACE,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, JANY MAYO, and Defendant AMERICAN HEALTH REFORM SOLUTIONS, LLC d/b/a AMERICAN HEALTH MARKET PLACE, hereby notify this Court the parties have reached a tentative settlement agreement without compromise. The parties request 30 days to finalize settlement and file an appropriate stipulation of dismissal.

Respectfully submitted on March 7, 2024.

| | |
|---|---|
| */s/ Tanesha W. Blye* | */s/Alex B.C. Ershock* |
| Tanesha W. Blye, Esq. (FBN: 738158) | Alex B.C. Ershock, Esq. |
| Email: tanesha@legalopinionusa.com | Fla. Bar No. 100220 |
| Secondary Email: attorneyblye@lawyerofjustice.com | E-Mail: ABE@PBL-Law.com |
| LAW OFFICES OF T. WALLS BLYE, PLLC | Daniel R. Levine, Esq. |
| 66 West Flagler Street, Ste. 900 | Fla. Bar No. 0057861 |
| Miami, Florida 33130 | E-Mail: DRL@PBL-Law.com |
| Main Phone: (305) 482-1475 | **PADULA BENNARDO LEVINE, LLP** |
| Assistant Phone: (305) 209-5779 | 3837 NW Boca Raton Blvd. |
| Secondary Phone: (786) 796-1814 | Suite 200 |
| | Boca Raton, FL 33431 |
| R. Martin Saenz, Esq. (FBN: 0640166) | Telephone: (561) 544-8900 |
| Email: martin@legalopinionusa.com | *Counsel for Defendant* |

THE SAENZ LAW FIRM, PA
20900 NE 30th Avenue, Ste. 800
Aventura, Florida 33180
Main Phone: (305) 482-1475
Assistant direct line: (305) 209-5779

*Counsels for Plaintiff*